**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERIC MICHAEL BOYLAN,

Petitioner,

Case No. 2:24-cv-12515
Hon. Brandy R. McMillion

v.

ADAM DOUGLAS,

Respondent.
____________________________________/

# JUDGMENT

In accordance with the Opinion and Order Dismissing the Petition for a Writ of Habeas Corpus (ECF No. 1), **IT IS ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/L. Hosking
Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge

Dated: October 21, 2026
Detroit, Michigan